```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 59106
   COLETTE D MARINE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4509

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 07/06/2007.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
-----------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED         4850.00       265.37       4850.00
AMERICREDIT FINANCIAL SV  UNSECURED        713.62          .00         89.01
INTERNAL REVENUE SERVICE  PRIORITY         345.37          .00        345.37
CHASE MANHATTAN BANK      UNSECURED       6661.78          .00        830.88
DANIEL K MARINIC DDS      UNSECURED      NOT FILED         .00            .00
WORLD FINANCIAL NETWORK   UNSECURED        945.33          .00        117.90
ECAST SETTLEMENT CORP     UNSECURED       5409.53          .00        674.68
ORCHARD BANK              UNSECURED      NOT FILED         .00            .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED         .00            .00
PEOPLES HERITAGE          UNSECURED      NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         43.55          .00            .00
TD BANKNORTH NA           UNSECURED       1790.14          .00        223.27
NORTHWESTERN UNIVERSITY   UNSECURED      NOT FILED         .00            .00
ELMHURST MEMORIAL HOSPIT  UNSECURED      NOT FILED         .00            .00
STUART B HANDELMAN        DEBTOR ATTY    1,305.00                   1,305.00
TOM VAUGHN                TRUSTEE                                     486.73
DEBTOR REFUND             REFUND                                        5.79

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               9,194.00

PRIORITY                                      345.37
SECURED                                     4,850.00
    INTEREST                                  265.37
UNSECURED                                   1,935.74
ADMINISTRATIVE                              1,305.00
TRUSTEE COMPENSATION                          486.73
DEBTOR REFUND                                   5.79
                      --------------       --------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 59106 COLETTE D MARINE
```

```
TOTALS                                  9,194.00                9,194.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 02/27/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```